UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

            Plaintiff,

vs.

Civil Case No. 13-10371

Honorable: Denise Page Hood

TEN THOUSAND FIVE HUNDRED FORTY-EIGHT
DOLLARS AND SIXTY-SEVEN CENTS ($10,548.67)
IN U.S. CURRENCY FROM JP MORGAN CHASE BANK
ACCOUNT #738826973; SEVEN THOUSAND FOUR
HUNDRED SEVENTY-ONE DOLLARS AND THIRTY-
EIGHT CENTS ($7,471.38) IN U.S. CURRENCY FROM
JP MORGAN CHASE BANK ACCOUNT #2963159161;
THIRTEEN THOUSAND FIVE HUNDRED AND NINE
DOLLARS ($13,509) IN U.S. CURRENCY; THREE
THOUSAND SEVEN HUNDRED EIGHTY-SIX DOLLARS
($3,786) IN U.S. CURRENCY; TWENTY THOUSAND
DOLLARS ($20,000) IN U.S. CURRENCY FROM
JP MORGAN CHASE BANK SAFE DEPOSIT BOX #711;
AND TWENTY-ONE THOUSAND NINE HUNDRED
SIXTY DOLLARS ($21,960) IN U.S. CURRENCY FROM
JP MORGAN CHASE BANK SAFE DEPOSIT BOX #265,

            Defendants *In Rem*.
_____/

**ORDER STRIKING CLAIM AND ANSWER FILED BY
MONWAR KHAN AND FOR JUDGMENT ON THE
PLEADINGS AND FINAL ORDER OF FORFEITURE**

      This matter having come before this Court on Plaintiff United States of

America's Motion to Strike Claim and Answer Filed by Monwar Khan for Failure

to Comply With Supplemental Rules G(5) and (6) and Request for Judgment on

the Pleadings and Final Order of Forfeiture, and the Court being fully advised of the facts and the law:

**IT IS ORDERED** that Plaintiff's Motion to Strike Claim and Answer Filed by Monwar Khan for Failure to Comply with Supplemental rules G(5) and (6) and Request for Judgment on the Pleadings and Final Order of Forfeiture (Docket #31) is **GRANTED**.

**IT IS FURTHER ORDERED** that the claim (Docket #16) and answer (Docket #29) filed by Monwar Khan are stricken with prejudice.

**IT IS FURTHER ORDERED** that judgment on the pleadings is entered in favor of Plaintiff United States of America as to Defendant *In Rem* Three Thousand Seven Hundred Eighty-Six Dollars ($3,786) in U.S. Currency.

**IT IS FURTHER ORDERED** that Defendant *In Rem* Three Thousand Seven Hundred Eighty-Six Dollars ($3,786) in U.S. Currency is **FORFEITED** to the United States of America pursuant to 7 U.S.C. § 2024(e) and/or 18 U.S.C. §§ 981(a)(1)(A) and/or 981(a)(1)(C) and that a Final Order of Forfeiture as to Defendant *In Rem* Three Thousand Seven Hundred Eighty-Six Dollars ($3,786) in U.S. Currency is **GRANTED** and **ENTERED**.

**IT IS FURTHER ORDERED** that any right, title, or ownership interest in Defendant *In Rem* Three Thousand Seven Hundred Eighty-Six Dollars ($3,786) in

U.S. Currency by Monwar Khan or any and all other persons or entities, are forever **EXTINGUISHED**, and that clear title to Defendant *In Rem* Three Thousand Seven Hundred Eighty-Six Dollars ($3,786) in U.S. Currency is hereby **VESTED** in the United States of America.

  **IT IS FURTHER ORDERED** that the United States Department of Treasury, or its delegate, is hereby **AUTHORIZED** to dispose of Defendant *In Rem* Three Thousand Seven Hundred Eighty-Six Dollars ($3,786) in U.S. Currency according to law.

  **IT IS FURTHER ORDERED** that this is the final order in this action and that this case shall be **CLOSED**.

        S/Denise Page Hood
        Denise Page Hood
        Chief Judge, United States District Court

Dated:  May 24, 2016

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 24, 2016, by electronic and/or ordinary mail.

        S/LaShawn R. Saulsberry
        Case Manager